PEGGY C. BRAINARD, Respondent, *v.* FRANK S. BRAINARD, JR., Appellant.

Argued April 12, 1948; decided April 22, 1948.

*Clifton F. Weidlich* for appellant.
*Samuel M. Lane* and *William J. Minsch, Jr.,* for respondent.

Order affirmed, with costs. First and second questions certified answered in the affirmative. Third and fourth questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.